In the Matter of the Application of ALFRED VARIAN et al., Appellants, for an Order Extending the Time for the Submission of Evidence to and the Making of Decisions by the Change of Grade Damage Commission.

THE CITY OF NEW YORK, Respondent.

*Matter of Varian*, 150 App. Div. 453, affirmed.
(Argued June 10, 1912; decided June 29, 1912.)

APPEAL, by permission, from an order of the Appellate Division of the Supreme Court in the first judicial department, entered May 7, 1912, which denied for want of power and not in the exercise of discretion the above-entitled application.

The following question was certified: " Had the Appellate Division of the Supreme Court in the first judicial department power to grant the motion of the claimants in the present proceeding, namely, the motion instituted by their notice of motion herein bearing date March 14, 1912 ? "

*Barclay E. V. McCarty, Jared G. Baldwin, Jr., John M. Harrington* and *William H. Snowden* for appellants.

*Archibald R. Watson, Corporation Counsel* (*Charles J. Nehrbas* and *Terence Farley* of counsel), for respondent.

Order affirmed, without costs; question certified answered in the negative; no opinion.

Concur: CULLEN, Ch. J., GRAY, HAIGHT, VANN, WERNER, HISCOCK and COLLIN, JJ.

---

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, *v.* JOHN MARUSZEWSKI, Appellant.

(Argued June 11, 1912; decided June 29, 1912.)

APPEAL from a judgment of the Supreme Court, rendered September 28, 1911, at a Trial Term for the county of Erie, upon a verdict convicting the defendant of the crime of murder in the first degree.